# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ANTHONY GONZALEZ,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 83496

**FILED**

OCT 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to quash or cancel restitution. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to quash or cancel restitution, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc: Hon. Michael Villani, District Judge
Michael Anthony Gonzalez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

21-28292